ORIGINAL

FILED
FEB 26 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

HUBBARD PROPERTIES, INC and JAMES L. HUBBARD

PLAINTIFFS,

VS. Case No. 08-114 C

SECRETARY OF THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

DEFENDANT.

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

COMES NOW Plaintiff Hubbard Properties, Inc., and, pursuant to Rules of the United States Court of Federal Claims Rule 7.1, hereby states that no parent corporation or publicly held corporation that owns ten percent (10%) or more of stock in Hubbard Properties, Inc. exists.

Respectfully submitted, this 25th day of February, 2008.

Respectfully submitted,

Richard E. Smith
Clark A. Cooper
William R. Pringle
Attorneys for Plaintiffs Hubbard Properties, Inc. and James L. Hubbard

**OF COUNSEL:**
Christian & Small, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama 35203
(205) 795-6588