IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUBBARD PROPERTIES, INC. and JAMES L. HUBBARD, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-114C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Sean B. McNamara, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Sean B. McNamara
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12006
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
TEL: (202) 305-7573
FAX: (202) 514-8624
E-mail: Sean.McNamara@usdoj.gov

Dated: March 17, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 17th day of March, 2008, a copy of the foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Sean B. McNamara