IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HUBBARD PROPERTIES, INC., and JAMES L. HUBBARD, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-114C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. Denies the allegations contained in paragraph 1 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

2. Denies the allegations contained in paragraph 2 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

3. The allegations contained in paragraph 3 are plaintiff's characterization of this action to which no response is required. Avers that the United States (here acting through the United States Department of Housing and Urban Development) is the only defendant to actions in this Court.

4. The allegations contained in paragraph 4 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

5. Admits.

6. Admits.

7. Admits the allegation in sentence one of paragraph 7. Denies the allegation in sentence two of paragraph 7.

8. Admits the allegation in sentence one of paragraph 8. Admits the allegations in sentence two of paragraph 8 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in sentence two of paragraph 8.

9. Admits.

10. The allegation contained in paragraph 10 is a conclusion of law and plaintiff's characterization of this action to which no response is required; to the extent it may be deemed an allegation of fact, it is denied.

11. Denies the allegations contained in sentence one of paragraph 11 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted. Admits the allegations contained in sentence two of paragraph 11. Admits the allegations contained in sentences three

and four of paragraph 11 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in sentences three and four of paragraph 11. Denies the allegations contained in sentence five of paragraph 11 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

12. Admits the allegations contained in sentence one of paragraph 12 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in sentence one of paragraph 12. Admits the allegations contained in sentences two and three of paragraph 12.

13. Denies the allegations in sentence one of paragraph 13. Admits the allegations in sentence two of paragraph 13.

14. Admits the allegations contained in sentence one of paragraph 14 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in sentence one of paragraph 14. Denies the allegations contained in sentence two of paragraph 14 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted. Denies the allegations contained in sentence three of paragraph 14.

15. Admits.

16. Admits the allegations in sentence one of paragraph 16. Denies the allegations in sentence two of paragraph 16 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

17. The allegations contained in paragraph 17 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

18. Denies the allegations contained in paragraph 18 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

19. The allegations contained in sentence one of paragraph 19 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent they may be deemed allegations of fact, they are denied. Denies the allegations contained in sentence two of paragraph 19 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted. The allegations contained in sentence three of paragraph 19 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the

extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in sentences four and five of paragraph 19. The allegations contained in sentence six of paragraph 19 are plaintiff's characterization of this action to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

20. Denies the allegations contained in paragraph 20 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted.

21. The allegations contained in sentence one of paragraph 21 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in sentence two of paragraph 21. The allegations contained in sentence three of paragraph 21 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in sentence four of paragraph 21. The allegations contained in sentence five of paragraph 21 are conclusions of law and plaintiff's characterization of this action to which no response is required; the extent they may be deemed allegations of fact, they are denied.

22. Denies the allegations contained in sentence one of paragraph 22 for lack of knowledge or information sufficient to form a belief as to the truth of the matters asserted. The allegations contained in sentences two through six of paragraph 22 are conclusions of law and plaintiff's characterization of its case to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

23. Admits the allegations contained in paragraph 23 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in sentence one of paragraph 23.

24. The allegations contained in sentence one of paragraph 24 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent they may be deemed allegations of fact, they are denied. Admits the allegations contained in sentence two of paragraph 24.

25. The allegations contained in paragraph 25 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent they may be deemed allegations of fact, they are denied.

26. The allegations contained in paragraph 26 are conclusions of

law and plaintiff's characterization of this action to which no response is required; to the extent that they are deemed allegations of fact, they are denied.

27. The allegations contained in paragraph 27 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent that they are deemed allegations of fact, they are denied.

28. Admits.

29. Admits.

30. Defendant's responses to paragraphs 1 through 29 of the complaint are incorporated by reference.

31. The allegations contained in paragraph 31 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent that they are deemed allegations of fact, they are denied. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 31, or to any relief whatsoever.

32. Defendant's responses to paragraphs 1 through 31 of the complaint are incorporated by reference.

33. The allegations contained in paragraph 33 are conclusions of law and plaintiff's characterization of this action to which no response is

required; to the extent that they are deemed allegations of fact, they are denied.

34. The allegations contained in paragraph 34 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent that they are deemed allegations of fact, they are denied. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 34, or to any relief whatsoever.

35. Defendant's responses to paragraphs 1 through 34 of the complaint are incorporated by reference.

36. The allegations contained in paragraph 36 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent that they are deemed allegations of fact, they are denied.

37. The allegations contained in paragraph 37 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent that they are deemed allegations of fact, they are denied.

38. The allegations contained in paragraph 38 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent that they are deemed allegations of fact, they are

denied.

39. The allegations contained in paragraph 39 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent that they are deemed allegations of fact, they are denied.

40. The allegations contained in paragraph 40 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent that they are deemed allegations of fact, they are denied. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 40, or to any relief whatsoever.

41. Defendant's responses to paragraphs 1 through 40 of the complaint are incorporated by reference.

42. The allegations contained in paragraph 42 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent that they are deemed allegations of fact, they are denied.

43. The allegations contained in paragraph 43 are conclusions of law and plaintiff's characterization of this action to which no response is required; to the extent that they are deemed allegations of fact, they are denied. Denies that plaintiff is entitled to the relief set forth in the prayer for

relief immediately following paragraph 43, or to any relief whatsoever.

44. Denies each and every allegation not previously admitted or otherwise qualified.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 305-7573
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:
Gerald Alexander
Assistant General Counsel

Nathan W. Catchpole
Trial Attorney
U.S. Department of Housing
and Urban Development
451 Seventh St., S.W.
Room 10258
Washington, D.C. 20410

April 23, 2008

CERTIFICATE OF FILING

I hereby certify that on this 23rd day of April, 2008, a copy of the foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Sean B. McNamara