IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HUBBARD PROPERTIES, INC., and<br>JAMES L. HUBBARD<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 08-114C<br>(Judge Baskir) |

**CONSENT MOTION FOR AN ENALRGEMENT OF**
**<u>TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT</u>**

Defendant respectfully requests an enlargement of 11 days, to and including June 20, 2008, in which to file the Joint Preliminary Status Report ("JPSR"). The JPSR is currently due on June 9, 2008. This is defendant's first request for an enlargement of time for this purpose. Defendant has contacted plaintiff's counsel, who states that plaintiff consents to this motion.

Defendant seeks this enlargement to allow the parties sufficient time to complete the JPSR. The parties have begun drafting the JPSR but require more time to finish a draft and obtain required supervisory review. In particular, the parties need to complete their analysis of issues raised by the case, to consider and discuss the possibility of alternative dispute

resolution, and to negotiate an appropriate discovery plan. An enlargement of 11 days should allow the parties sufficient time to complete the JPSR.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Sean B. McNamara
SEAN B. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, DC 20005
Tele: (202) 305-7573
Fax: (202) 514-8624

Dated: June 3, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on June 3, 2008, a copy of the foregoing "CONSENT MOTION FOR AN ENALRGEMENT OF TIME TO FILE THE JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Sean B. McNamara
SEAN B. McNAMARA