# In the United States Court of Federal Claims

Case No. 08-114C
(Filed: June 4, 2008)

******************************************************
HUBBARD PROPERTIES, INC., and *
JAMES L. HUBBARD, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
******************************************************

## ORDER

The Defendant's unopposed **Motion for an 11-day Enlargement of Time** for the parties to file the Joint Preliminary Status Report is hereby **GRANTED**. **The parties shall file the Joint Preliminary Status Report no later than June 20, 2008.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge