# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **HUBBARD PROPERTIES, INC., *et al.*,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 08-114C |
| **THE UNITED STATES,** | * | (Filed June 27, 2008) |
| Defendant, | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ADR ORDER

An off-the-record telephonic Early Neutral Evaluation Conference shall be held at 10:30 a.m. on Tuesday, July 22, 2008, to discuss Count III (Breach of Contract) of the complaint. The court will discuss with the parties the merits of defendant's legal objections to Counts I, II, and IV.

By July 17, 2008, counsel may submit any information and documents to the ADR judge for purposes of ADR. Any such material will be kept confidential, not be included in the court's official file in this case, and not be disclosed to any person who is not participating in the ADR process.

**IT IS SO ORDERED.**

/s Christine O. C. Miller

______________________________________

**Christine Odell Cook Miller**
ADR Judge

cc: Judge Baskir