# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **HUBBARD PROPERTIES, INC.,** ***et al.*****,** | * | |
| Plaintiffs, | * | |
| v. | * | No. 08-114C |
| **THE UNITED STATES,** | * | (Filed July 22, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ADR ORDER**

Further to the telephonic ADR conference held in chambers this date,

**IT IS ORDERED**, as follows:

The parties shall informally report to the court by August 25, 2008, on their progress with settlement and the nature of assistance that the ADR Judge may provide.

s/ Christine O.C. Miller
______________________________________
**Christine Odell Cook Miller**
ADR Judge

cc: Judge Baskir