# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **HUBBARD PROPERTIES, INC., and JAMES L. HUBBARD**, | * | |
| Plaintiffs, | * | |
| v. | * | No. 08-114C |
| **THE UNITED STATES,** | * | (Filed Aug. 25, 2008) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ADR ORDER**

Further to counsel's telephonic representations this date that they require additional time to complete compilation and sharing of their informal documentation,

**IT IS ORDERED**, as follows:

The parties shall informally report back to the court by September 25, 2008, regarding their progress in bringing this matter to an informal resolution.

s/ Christine O.C. Miller
__________________________________
**Christine Odell Cook Miller**
ADR Judge

cc: Judge Baskir